SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

FILED
2007 AUG -7 P 3:58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JESSE G. ALVAREZ,<br><br>    Defendant. | Criminal No.: CR 07 00520 PVT<br><br>VIOLATION: 18 U.S.C. §13, assimilating California Vehicle Code §14601.2 (a) - Driving with Suspended License for Driving under the Influence |

INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: (18 U.S.C. §13, assimilating California Vehicle Code §14601.2 (a) - Driving with a Suspended License for Driving under the Influence)

On or about May 12, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant

JESSE G. ALVAREZ,

1

1. did unlawfully drive a motor vehicle upon a highway at a time when his driving privilege was
2. suspended for conviction of driving under the influence of an alcoholic beverage, and when he
3. had knowledge of said suspension, in violation of Title 18, United States Code, Section 13,
4. assimilating California Vehicle Code Section 14601.2 (a), a Class B misdemeanor.
5. DATED: 7/18/07

SCOTT N. SCHOOLS
United States Attorney

DAVID CALLAWAY
Assistant United States Attorney

(Approved as to form: _AN, by DC._)
SAUSA Nelson

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

**OFFENSE CHARGED**
(See attached sheet.)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

*[Filed stamp: 2007 AUG -7 P 3:58, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NO. DIST. OF CA. S.J.]*
*[E-FILING stamp]*
*[CR 07 00520 PVT stamp]*

**DEFENDANT -- U.S. vs.**
Jesse G. Alvarez

Address: 525 South "U" Street, Tulare, CA 93274

Birth Date: 8/13/1982  ☑ Male  ☐ Female  ☐ Alien (if applicable)
(Optional unless a juvenile)

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: (See attached sheet.)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): _____

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.: _____
MAGISTRATE JUDGE CASE NO.: _____

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. __ Day __ Year __

DATE OF ARREST ▶ _____
Or ... if Arresting Agency & Warrant were not Federal Mo. __ Day __ Year __

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____

Name and Office of Person Furnishing Information on THIS FORM: Scott N. Schools
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS: Summons for Arraignment

To appear before Magistrate Judge Particia V. Trumbull on December 3, 2007 at the U.S. District Court located at 1000 S. Main St., Salinas Ca 9390±

**ATTACHMENT TO PENALTY SHEET**
**U.S. v. ALVAREZ**

**COUNT ONE:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 14601.2(a) – Driving while license suspended for driving under the influence of alcohol or drugs.

                Penalties:    Mandatory Minimum: 10 days and $300.00 fine
                              Maximum Penalties:
                                      6 Months imprisonment
                                      $1000.00 fine