BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ALVAREZ

FILED
FEB -6 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>v.  )<br>  )<br>JESSE ALVAREZ,  )<br>  )<br>           Defendant.  )<br>_____ ) | No. CR 07-00520 PVT (RS)<br><br>**STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER** |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for Monday, February 4, 2008, at 9:30 a.m., may be continued to Monday, April 7, 2008, at 9:30 a.m. The parties have agreed to a resolution of this matter and on April 7, 2008, Mr. Alvarez will enter a guilty plea to a violation of California Health & Safety §14601.1. A continuance is being requested because Mr. Alvarez is unavailable on the scheduled court date.

The parties further agree and stipulate that time should be excluded from and including February 4, 2008 through and including April 7, 2008, because of the defendant's unavailability, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United

1  States and the defendant agree that granting the requested exclusion of time will serve the interest
2  of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: February 1, 2008

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: February 1, 2008

_____/s/_____
MAJOR AMY NELSON
Special Assistant United States Attorney

## ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from February 4, 2008 to April 7, 2008 at 9:30 a.m. It is also ordered that the period of delay from February 4, 2008, to and including, April 7, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: February 6, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge